Joel E. Tasca, Esq.
Nevada Bar No. 14124
Joseph P. Sakai, Esq.
Nevada Bar No. 13578
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
tasca@ballardspahr.com
sakaij@ballardspahr.com

*Attorneys for Plaintiff
Zap's Electrical, LLC*



FILED / ENTERED / RECEIVED / SERVED ON
COUNSEL/PARTIES OF RECORD
JUN 1 2 2020
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ZAP'S ELECTRICAL, LLC, a foreign limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>MONARCH CONSTRUCTION, LLC, a Nevada limited liability company,<br><br>Defendant. | Case No. 3:19-cv-00603-RCJ-CBC<br><br>**STIPULATION AND ORDER TO CONTINUE SETTLEMENT CONFERENCE**<br><br>(First Request) |

Pursuant to LR IA 6-1, and LR 26-4, Plaintiff/Counter-defendant Zap's Electrical, LLC ("Zap's") and Defendant/Counterclaimant Monarch Construction, LLC ("Monarch," and collectively with Zap's the "Parties"), by and through their undersigned counsel of record, hereby stipulate and agree to continue the settlement conference in this matter, currently scheduled to take place on June 23, 2020.

On April 22, 2020, the Parties submitted a stipulated motion to amend the scheduling order to allow additional time for discovery in this matter. [ECF No. 37]. In that stipulation, the Parties agreed to a continuance of the settlement conference to a date after the close of discovery on September 25, 2020. *Id.* The Court granted the stipulated motion and entered an Amended Scheduling Order on April 23, 2020;

DMWEST #40220725 v1

however, the settlement conference remained on calendar for June 23, 2020. [ECF No. 38].

Based upon the extended discovery cut-off and the public health crisis inhibiting the Parties' ability to conduct certain discovery, including depositions, the Parties stipulate and agree and request a continuance of the settlement conference until a date after September 25, 2020.

The Parties submit this Stipulation and request the continuance of the settlement conference for good causes and not for the purposes of delay.

Dated: June 11, 2020.

| | |
|---|---|
| BALLARD SPAHR LLP | C. NICHOLAS PEREOS, LTD. |
| By: /s/ Joseph Sakai<br>Joel E. Tasca<br>Nevada Bar No. 14124<br>Joseph P. Sakai<br>Nevada Bar No. 13578<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135<br><br>*Attorneys for Plaintiff Zap's Electrical, LLC* | BY: /s/ Nicholas Pereos<br>C. Nicholas Pereos, Esq.<br>Nevada Bar No. 13<br>1610 Meadow Wood Lane<br>Suite 202<br>Reno, Nevada 89502<br><br>*Attorneys for Defendant Monarch Construction, LLC* |

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
Dated: 6/12/2020

DMWEST #40220725 v1