Joel E. Tasca, Esq.
Nevada Bar No. 14124
Joseph P. Sakai, Esq.
Nevada Bar No. 13578
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
tasca@ballardspahr.com
sakaij@ballardspahr.com

*Attorneys for Plaintiff*
*Zap's Electrical, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ZAP'S ELECTRICAL, LLC, a foreign limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>MONARCH CONSTRUCTION, LLC, a Nevada limited liability company,<br><br>Defendant. | Case No. 3:19-cv-00603-RCJ-CBC<br><br>**STIPULATION AND ORDER TO AMEND SCHEDULING ORDER [ECF No. 38]**<br><br>**(Fourth Request)** |

Pursuant to Rule 16(b)(4) of the Federal Rules of Civil Procedure, LR IA 6-1, and LR 26-4, Plaintiff/Counter-defendant Zap's Electrical, LLC ("Zap's") and Defendant/Counterclaimant Monarch Construction, LLC ("Monarch," and collectively with Zap's the "Parties"), by and through their undersigned counsel of record, hereby stipulate to amend the Amended Scheduling Order entered on April 23, 2020 [ECF No. 38].

On April, 22, 2020, the Parties submitted a stipulated motion to amend the scheduling order to allow additional time for discovery in this matter. [ECF No. 37]. The Court granted the stipulated motion and entered an Amended Scheduling Order on April 23, 2020. [ECF No. 38]. The Amended Scheduling Order sets out the following discovery deadlines:

1. **Discovery Cut-Off [LR 26-1(b)(1)]**
   a. September 25, 2020
2. **Deadline for disclosures of experts [LR 26-1(b)(3)]**
   a. Initial Expert Disclosures: July 24, 2020
   b. Rebuttal Expert Disclosures: August 24, 2020
3. **Interim Status Report [LR 26-3]**
   a. July 24, 2020
4. **Dispositive Motions [LR 26-1(b)(4)]**
   a. October 25, 2020
5. **Joint Pre-Trial Order [LR 26-1(b)(5)]**
   a. November 27, 2020

Since the Court's entry of the Amended Scheduling Order, the Parties have engaged in written discovery and Monarch has served its initial expert disclosure. Zap's is currently engaging a rebuttal expert to provide an opinion; however, issues related to the ongoing health crisis has made it necessary to provide limited, additional time for finalizing and serving Zap's rebuttal expert opinion. Based thereon, the Parties have stipulated and agreed to request an extension to **only** the rebuttal expert disclosure deadline as follows:

1. **Discovery Cut-Off [LR 26-1(b)(1)]**
   a. September 25, 2020
2. **Deadline for disclosures of experts [LR 26-1(b)(3)]**
   a. Initial Expert Disclosures: July 24, 2020
   b. **Rebuttal Expert Disclosures: September 14, 2020**
3. **Interim Status Report [LR 26-3]**
   a. July 24, 2020
4. **Dispositive Motions [LR 26-1(b)(4)]**
   a. October 25, 2020
5. **Joint Pre-Trial Order [LR 26-1(b)(5)]**

DMWEST #40450562 v1

a. November 27, 2020

The Parties submit this Stipulation and request an extension to the discovery schedule for good causes and not for the purposes of delay.

Dated: August 25, 2020.

| BALLARD SPAHR LLP | C. NICHOLAS PEREOS, LTD. |
|---|---|
| By: /s/ Joseph Sakai<br>Joel E. Tasca<br>Nevada Bar No. 14124<br>Joseph P. Sakai<br>Nevada Bar No. 13578<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135 | By: /s/ Nicholas Pereos<br>C. Nicholas Pereos, Esq.<br>Nevada Bar No. 13<br>1610 Meadow Wood Lane<br>Suite 202<br>Reno, Nevada 89502 |
| *Attorneys for Plaintiff Zap's Electrical, LLC* | *Attorneys for Defendant Monarch Construction, LLC* |

NO further extensions of time will be granted absent extraordinary circumstances. COVID restrictions alone will no longer be a sufficient basis for extensions of time.

IT IS SO ORDERED.

Dated: August 26, 2020

UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(b), I hereby certify that on this day of August, 2020, a true and correct copy of the foregoing Stipulation and Order to Amend Scheduling Order was filed via the Court's CM/ECF System and electronically served by the Court on all parties in interest.

C. NICHOLAS PEREOS, LTD.
C. Nicholas Pereos, Esq.
1610 Meadow Wood Lane
Suite 202
Reno, Nevada 89502

/s/ M. Carlton
An Employee of Ballard Spahr LLP

4

DMWEST #40450562 v1