Joel E. Tasca, Esq.
Nevada Bar No. 14124
Joseph P. Sakai, Esq.
Nevada Bar No. 13578
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile:  (702) 471-7070
tasca@ballardspahr.com
sakaij@ballardspahr.com

*Attorneys for Plaintiff*
*Zap's Electrical, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ZAP'S ELECTRICAL, LLC, a foreign limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>MONARCH CONSTRUCTION, LLC, a Nevada limited liability company,<br><br>Defendant. | Case No. 3:19-cv-00603-RCJ-CBC<br><br>**ORDER TO CONTINUE SETTLEMENT CONFERENCE** |

Pursuant to LR IA 6-1, and LR 26-4, Plaintiff/Counter-defendant Zap's Electrical, LLC ("Zap's") and Defendant/Counterclaimant Monarch Construction, LLC ("Monarch," and collectively with Zap's the "Parties"), by and through their undersigned counsel of record, hereby stipulate and agree to continue the settlement conference in this matter, currently scheduled to take place on October 13, 2020.

On June 11, 2020, the Settlement Judge Robert A. McQuaid, Jr., granted the Parties' Stipulation and Order to Continue Settlement Conference to accommodate the Parties amended discovery schedule. [ECF No. 41]. The Parties have completed discovery and are preparing for the upcoming settlement conference; however, scheduling and travel issues have arisen with the current settlement conference date. In an effort to ensure that all necessary parties and counsel will be able to

meaningfully participate and contribute in the settlement conference towards a hopeful, amicable resolution of this matter, the Parties are requesting a continuance of the settlement conference to a date amenable to the Court's calendar.  The Parties are confident that a limited continuance will allow the Parties, and specifically Zap's, to coordinate and be appropriately prepared for the Settlement Conference, without causing any undue delay or prejudice to the Parties, or the Settlement Conference.

The Parties submit this Stipulation and request the continuance of the settlement conference for good causes and not for the purposes of delay.

Dated: October 6, 2020.

| BALLARD SPAHR LLP | C. NICHOLAS PEREOS, LTD. |
|---|---|
| By: /s/ Joseph Sakai<br>Joel E. Tasca<br>Nevada Bar No. 14124<br>Joseph P. Sakai<br>Nevada Bar No. 13578<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135 | BY: /s/ Nicholas Pereos<br>C. Nicholas Pereos, Esq.<br>Nevada Bar No. 13<br>1610 Meadow Wood Lane<br>Suite 202<br>Reno, Nevada 89502 |
| *Attorneys for Plaintiff Zap's Electrical, LLC* | *Attorneys for Defendant Monarch Construction, LLC* |

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: October 7, 2020

DMWEST #40220725 v1