UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| ZAP'S ELECTRICAL, LLC, | ) | CASE NO.: 3:19-cv-00603-RCJ-CLB |
|---|---|---|
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| MONARCH CONSTRUCTION, LLC, | ) | |
| Defendant. | ) | |

No action has been taken in this case since this Court denied summary judgment on September 29, 2021—more than seven months ago. The Court notes that according to LR 26-1(b)(5), the parties were to file the joint pretrial order on November 1, 2021. The Court therefore orders the parties to appear via Zoom video conference to apprise the Court of the status of this case.

**CONCLUSION**

IT IS HEREBY ORDERED that the parties shall appear for a status hearing via Zoom video conference on May 18, 2022 at 10:00 A.M., before Judge Robert C. Jones.

IT IS FURTHER ORDERED that the parties are directed to contact the courtroom deputy Lesa Ettinger (Lesa_Ettinger@nvd.uscourts.gov or 775-686-5833) by Noon, Friday, May 13, 2022, to provide her the e-mail address of each counsel, party and/or representative attending the hearing.

IT IS FURTHER ORDERED that the following Video Conference Instructions be adhered to as follows:

**INSTRUCTIONS FOR VIDEO CONFERENCE HEARING**:

Instructions to the scheduled hearings will be sent via email ONE (1) day prior to the hearing to the participants email provided to the Court.

1. Log on to the call ten (10) minutes prior to the hearing time.

2. Mute your sound prior to entering the hearing.

3. Do not talk over one another.

4. State your name prior to speaking for the record.

5. Do not have others in the video screen or moving in the background.

6. No recording of the hearing.

7. No forwarding of any video conference invitations.

8. Unauthorized users on the video conference will be removed.

IT IS FURTHER ORDERED that the Public may access and listen to the Hearing as follows: Public telephonic participants shall call AT&T no later than five (5) minutes prior to the hearing at 1 (888) 675-2535. Access Code is 2900398 Security Code 051822.

///

///

///

///

///

///

///

///

IT IS FURTHER ORDERED that persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the court.

IT IS SO ORDERED.

Dated May 4, 2022.

_____
ROBERT C. JONES
United States District Judge