UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ZAP'S ELECTRICAL, LLC, a foreign limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>MONARCH CONSTRUCTION, LLC, a Nevada limited liability company,<br><br>Defendant. | Case No. 3:19-cv-00603-RCJ-CBC<br><br>**ORDER TO EXTEND TIME TO FILE JOINT PRETRIAL ORDER** |

Zap's Electrical, LLC ("Zap's") and Monarch Construction, LLC ("Monarch"), through their respective counsel, hereby stipulate and agree that the parties will have up to and including June 8, 2022, to file and serve their Joint Pretrial Order as required by the Court's minute order, dated May 18, 2022 (ECF. No. 70). The parties have exchanged first drafts of the joint pretrial order and agree that this extension will allow them sufficient time to come to an agreement on the applicable exhibits and witnesses in advance of trial. Given that the parties have already begun these discussions, this request is sought in good faith and not for purposes of delay.

This is the first request for an extension.

///

///

Dated: June 1, 2022.

BALLARD SPAHR LLP

By: /s/ Joel E. Tasca
    Joel E. Tasca
    Nevada Bar No. 14124
    1980 Festival Plaza Drive, Suite 900
    Las Vegas, Nevada 89135

*Attorneys for Plaintiff Zap's Electrical, LLC*

C. NICHOLAS PEREOS, LTD.

BY: /s/ C. Nicholas Pereos
    C. Nicholas Pereos, Esq.
    Nevada Bar No. 13
    1610 Meadow Wood Lane
    Suite 202
    Reno, Nevada 89502

*Attorneys for Defendant Monarch Construction, LLC*

**IT IS SO ORDERED**

_____
ROBERT C. JONES
United States District Judge

Dated: June 2, 2022.

2