UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ZAP'S ELECTRICAL, LLC, a foreign limited liability company,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>MONARCH CONSTRUCTION, LLC, a Nevada limited liability company,<br><br>　　　　　　　　Defendant. | Case No.: 3:19-CV-00603-RCJ-CLB<br><br>**ORDER SETTING STATUS HEARING JOINT PRETRIAL ORDER (ECF No. 73) ZOOM VIDEO**<br><br>Zoom Conference Date:　August 30, 2022<br>Zoom Conference Time:　11:00 A.M.(PDT) |

　　　Before the Court is the Joint Pretrial Order (ECF No. 73). Accordingly,

　　　**IT IS HEREBY ORDERED** that the Joint Pretrial Order hearing via Zoom Video is set for **11:00 A.M. (PDT)., Tuesday, August 30, 2022**, before Judge Robert C. Jones.

　　　**IT IS FURTHER ORDERED** that the parties are directed to contact the courtroom deputy Lesa Ettinger (Lesa_Ettinger@nvd.uscourts.gov or 775-686-5833) **by Noon, Friday, August 26, 2022,** to provide her the e-mail address of each counsel, party and/or representative attending the hearing.

　　　**IT IS FURTHER ORDERED** that if the parties intend to offer exhibits during oral argument, they shall file an exhibit list, and contact the courtroom deputy Lesa Ettinger

(Lesa_Ettinger@nvd.uscourts.gov or 775-686-5833) to provide the court with a hard or digital copy of the proposed exhibits **by Noon, Friday, August 26, 2022.**

**IT IS FURTHER ORDERED** that the following Video Conference Instructions be adhered to as follows:

**INSTRUCTIONS FOR VIDEO CONFERENCE HEARING:**

Instructions to the scheduled hearings will be sent via email ONE (1) day prior to the hearing to the participants email provided to the Court.

1. Log on to the call ten (10) minutes prior to the hearing time.

2. Mute your sound prior to entering the hearing.

3. Do not talk over one another.

4. State your name prior to speaking for the record.

5. Do not have others in the video screen or moving in the background.

6. No recording of the hearing.

7. No forwarding of any video conference invitations.

8. Unauthorized users on the video conference will be removed.

**IT IS FURTHER ORDERED** that the Public may access and listen to the Hearing as follows: Public telephonic participants shall call AT&T no later than five (5) minutes prior to the hearing at 1 (888) 675-2535. Access Code is 2900398 Security Code 083022.

///

///

///

///

///

**IT IS FURTHER ORDERED** that persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings.

**IT IS SO ORDERED**.

Dated this 9th day of August, 2022.

_____
ROBERT C. JONES
United States District Judge