# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ZAP'S ELECTRICAL, LLC, a foreign limited liability company,<br><br>        Plaintiff,<br><br>vs.<br><br>MONARCH CONSTRUCTION, LLC, a Nevada limited liability company,<br><br>        Defendant. | Case No. 3:19-cv-00603-CLB<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO FILE JOINT PRETRIAL ORDER** |

    Zap's Electrical, LLC ("Zap's") and Monarch Construction, LLC ("Monarch"), through their respective counsel, hereby stipulate and agree that the parties will have up to and including January 20, 2023, to file and serve their Joint Pretrial Order. The parties have exchanged first drafts of the joint pretrial order and agree that this extension will allow them sufficient time to come to an agreement on the applicable exhibits and issues of fact/law in advance of trial. Given that the parties have already begun these discussions, this request is sought in good faith and not for purposes of delay.

///

///

///

DMFIRM #406356722 v1

Dated: January 17, 2023

| BALLARD SPAHR LLP | C. NICHOLAS PEREOS, LTD. |
|---|---|
| By: /s/ Joseph E. Dagher<br>    Joel E. Tasca, Esq.<br>    Nevada Bar No. 14124<br>    Joseph E. Dagher, Esq.<br>    Nevada Bar No. 15204<br>    1980 Festival Plaza Drive, Suite 900<br>    Las Vegas, Nevada 89135 | BY: /s/ C. Nicholas Pereos<br>    C. Nicholas Pereos, Esq.<br>    Nevada Bar No. 13<br>    1610 Meadow Wood Lane<br>    Suite 202<br>    Reno, Nevada 89502 |
| *Attorneys for Plaintiff Zap's Electrical, LLC* | *Attorneys for Defendant Monarch Construction, LLC* |

## ORDER

The parties will have until **January 20, 2023**, to file their Joint Pretrial Order. **No further extensions of time will be granted.**

IT IS SO ORDERED.

Dated: January 17, 2023

_____
UNITED STATES MAGISTRATE JUDGE

2

DMFIRM #406356722 v1