**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| ZAP'S ELECTRICAL, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>MONARCH CONSTRUCTION, LLC,<br><br>Defendant. | Case No. 3:19-CV-00603-CLB<br><br>**ORDER TO FILE EXHIBIT UNDER SEAL AND ORDER SHORTENING TIME TO RESPOND**<br><br>[ECF No. 101] |

    Currently pending before the Court is Defendant Monarch Construction's motion for continuance of trial. (ECF No. 101.) Defense counsel represents that he has been involved in a serious accident which has rendered him incapacitated and unable to proceed with the trial as expected. (*Id.*) Defense counsel attaches sensitive medical information in support of his motion (ECF No. 101-1). Based on the nature of the information contained in the declaration, the Court finds good cause exists for the document and attachments to be sealed. *See Ctr. for Auto Safety v. Chrysler Grp.*, LLC, 809 F.3d 1092, 1102 (9th Cir. 2016). Accordingly, the Court orders that the declaration to the motion and attachments, (ECF No. 101-1) be **SEALED**.

    Additionally, because this case is already set for trial, the Court finds it appropriate to expedite briefing on the motion for continuance, (ECF No. 101). Thus, Plaintiff Zap's Electrical shall file a response to the motion by no later than **5:00 PM on April 3, 2023**, and any reply shall be filed by no later than **5:00 PM on April 5, 2023**.

    IT IS SO ORDERED.

DATE: March 28, 2023.

_____
**UNITED STATES MAGISTRATE JUDGE**