UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| ZAP'S ELECTRICAL, LLC,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>MONARCH CONSTRUCTION, LLC,<br><br>　　　　　　　　　　Defendant. | Case No. 3:19-CV-00603-CLB<br><br>**ORDER GRANTING MOTION TO CONTINUE AND CONVERTING CALENDAR CALL TO STATUS CONFERENCE**<br><br>[ECF No. 101] |
|---|---|

On March 24, 2023, Defendant Monarch Construction filed a motion for continuance of trial. (ECF No. 101.) Defense counsel represents that he has been involved in a serious accident which has rendered him incapacitated and unable to proceed with the trial as expected. (*Id.*) Because this case is already set for trial, the Court ordered expedited briefing on the motion. (ECF No. 102.) In "response" Plaintiff Zap's Electrical filed what is essentially a non-opposition to the motion. (ECF No. 103.)

Good cause appearing, **IT IS ORDERED** that the motion to continue, (ECF No. 101), is **GRANTED**, and the Jury Trial scheduled for Monday, May 22, 2023, is hereby **VACATED.**

**IT IS FURTHER ORDERED** that the Calendar Call currently scheduled for **Friday, April 21, 2023, at 9:00 a.m.**, is converted to a Telephonic Status Conference, wherein the parties shall be prepared to discuss the continuance and potential dates to reschedule trial.

**IT IS SO ORDERED.**

DATE: April 3, 2023

_____
UNITED STATES MAGISTRATE JUDGE