UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| ZAP'S ELECTRICAL, LLC, | Case No. 3:19-CV-00603-CLB |
|---|---|
| Plaintiffs, | **ORDER RE: EXHIBIT LISTS** |
| v. | |
| MONARCH CONSTRUCTION, LLC, | |
| Defendant. | |

On February 21, 2023, the Court issued an order regarding civil jury trials in anticipation of a jury trial taking place in this matter. (ECF No. 100.) This order contained information regarding the Court's preference on how to submit exhibits and exhibit lists before trial. (*Id.* at 2.) On August 7, 2023, Plaintiff Zap's Electrical, LLC filed an exhibit list. (ECF No. 118.) To date, Defendant Monarch Construction, LLC has not filed an exhibit list with the Court.

Having reviewed Plaintiff's exhibit list, the Court hereby orders the parties to submit exhibit lists in the following format:

| EXHIBIT NO. | DATE MARKED | DATE ADMITTED | DESCRIPTION OF EXHIBIT | WITNESS | STIP. |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

No other columns shall be included. The parties shall electronically file their exhibit lists by **Monday, February 5, 2024**. On this date, the parties shall also provide Word versions to Judge Baldwin's Courtroom Administrator, Lisa Mann at lisa_mann@nvd.uscourts.gov.

**IT IS SO ORDERED.**

DATE: February 1, 2024.

_____
UNITED STATES MAGISTRATE JUDGE