UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

ZAP'S ELECTRICAL, LLC,                    )        CASE NO. 3:19-cv-00603-CLB
                                          )
            Plaintiff(s),                 )        **JURY MEAL ORDER**
v.                                        )
                                          )
MONARCH CONSTRUCTION, LLC,                )
                                          )
            Defendant(s).                 )
_____)

The Court having ordered the jury impaneled in the above-entitled action to be
kept together during the period of deliberation,

IT IS ORDERED that all meals for said jury and attendants shall be paid by the
Clerk of the Court.

DATED: February 14, 2024

_____
CARLA BALDWIN
United States Magistrate Judge